**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HILTON KARRIEM MINCY,** | : | **CIVIL ACTION NO. 1:08-CV-0507** |
| | : | |
| **Plaintiff,** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **WARDEN DEPARLOS, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 6th day of May, 2011, upon consideration of plaintiff's motion

(Doc. 97) to stay his notice of appeal pending this court's disposition of his motion

for reconsideration, and it appearing that a Notice of Appeal was filed in this matter

on April 27, 2011 (Doc. 96), it is hereby ORDERED that plaintiff's motion (Doc. 97) is

DENIED without prejudice to his right to file the motion in the United States Court

of Appeals for the Third Circuit.


                S/ Christopher C. Conner
                CHRISTOPHER C. CONNER
                United States District Judge