**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HILTON KARRIEM MINCY,** | : | **CIVIL ACTION NO. 1:08-CV-0507** |
| | : | |
| **Plaintiff,** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **WARDEN DEPARLOS, et al.,** | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

AND NOW, this 11th day of July, 2011, upon consideration of plaintiff's

motion for reconsideration (Doc. 93), in which he seeks reconsideration of this

Court's Memorandum and Order dated March 24, 2011 (Doc. 91) denying plaintiff's

motion for summary judgment and granting defendants' motion for summary

judgment, and it appearing that plaintiff fails to demonstrate one of three major

grounds for reconsideration ((1) an intervening change in controlling law; (2) the

availability of new evidence [not available previously]; [or], (3) the need to correct

clear error [of law] or prevent manifest injustice.'")),  North River Ins. Co. v. Cigna

Reinsurance Co., 52 F.3d 1194, 1218 (3d Cir. 1995) (citations omitted), and that he

primarily seeks to reargue matters already argued and disposed of because he

disagrees with the Court's determination, see Waye v. First Citizen's Nat'l Bank,

846 F. Supp. 310, 314 (M.D. Pa.) ("A motion for reconsideration is not to be used to

reargue matters already argued and disposed of."), aff'd, 31 F.3d 1174 (3d Cir. 1994);

see also Database America, Inc. v. Bellsouth Adver. & Publ'g Corp., 825 F. Supp.

1216, 1220 (D. N.J. 1993) (citations omitted) ("A party seeking reconsideration must

show more than a disagreement with the Court's decision, and 'recapitulation of the cases and arguments considered by the court before rendering its original decision fails to carry the moving party's burden.'"), and the court recognizing that "[b]ecause federal courts have a strong interest in the finality of judgments, motions for reconsideration should be granted sparingly," Continental Cas. Co. v. Diversified Indus., Inc., 884 F. Supp. 937, 943 (E.D.Pa. 1995), it is hereby ORDERED that the motion (Doc. 93) is DENIED.

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge